IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case / Violation No. 20-po-7007-KLM / 23A-FBJD0021

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN JAUCH,

    Defendant.

---

**ORDER GRANTING MOTION TO DISMISS**

---

THIS MATTER comes before the Court on the Government's Motion to Dismiss. The Court, being fully advised, grants the motion. Accordingly, it is hereby

ORDERED as follows:

1. The violation notice and information against Defendant Ryan Jauch in this matter is dismissed.

2. Because all counts have been dismissed, the Clerk is directed to close this case.

DATED this __11th__ day of __September_____, 2020.

BY THE COURT:

_____
United States Magistrate Judge